**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RUPP INDUSTRIES, INC.,
a Minnesota Corporation,

        Plaintiff,    Civil Action No. 05-278 (RHK/AJB)

v.

THE INDUSTRIAL FUMIGANT CO.,
an Illinois Corporation,

        Defendant.

---

**ORDER**

    IT IS ORDERED:

    1.   This action is dismissed without prejudice.

    IT IS SO ORDERED.

Dated:    9/1/05    s/Richard H. Kyle
                              Honorable Richard H. Kyle
                              U.S. District Court Judge